1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON WALLACE<br><br>Defendant | CASE NO: 2:21-mj-00924-VCF<br><br>**ORDER TO CONTINUE INITIAL APPEARANCE (SECOND REQUEST)** |

## FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

## CONCLUSIONS OF LAW

Based upon the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. On February 8, 2022, Mr. Wallace retained the undersigned defense counsel.

2. The undersigned defense counsel has a scheduling conflict with a virtual sentencing in USA v. Simon Castillo, case no. 2:19-cr-00012-RFB-NJK at 10:00 a.m.  The undersigned defense counsel's office is approximately thirty (30) minutes from the Federal Courthouse.

3. Mr. Wallace is out of custody and consents to this request.

4. Denial of this requests for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), when considering the factors under 18 U.S.C. §§3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. The additional time requested herein is not sought for purposes of delay and the denial of this request for continuance could result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would be best served by the continuance of the Initial Appearance in this case.

8. This is the second request for a continuance of the Initial Appearance.

The ends of justice are served by granting said continuances and outweigh the best interest of the public and the Defendants' right to a speedy trial, since the failure to grant aid continuance would be likely result in a miscarriage of justice as it would deny the parties herein sufficient time, and the opportunity within which to effectively and thoroughly prepare and file pretrial motions, responses, and replies, and prepare for trial taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT IS HEREBY ORDERED** that the **Initial Appearance** in this matter scheduled for March 17, 2022, at the hour of 11:00 a.m., is hereby vacated and continued to the 21st day of April, 2022, at the hour of 11:00 am, in Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED: March 7, 2022

_____
**United States Magistrate Judge**